**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **NO. 4:25-CR-00147-SDJ-AGD** |
| | § | |
| **PATRICK KASONG MUYEJ (1)** | § | |

**REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

This report and recommendation addresses a petition for revocation of the defendant's supervised release. Dkt. 2 (sealed).

## PROCEDURAL HISTORY

On April 2, 2024, United States District Judge Ada Brown sentenced defendant Patrick Kasong Muyej to 31 months of imprisonment followed by three years of supervised release. *United States v. Muyej*, No. 3:22-cr-00422-E-1 (N.D. Tex. Apr. 2, 2024), Dkt. 83. Muyej's term of supervised release commenced on November 13, 2024. Dkt. 2 at 1.

In January 2026, a probation officer petitioned the court for a warrant, alleging that Muyej had violated six conditions of his supervised release. Dkt. 2. Specifically, the petition alleged that Muyej had violated conditions that required him to report to a probation officer as instructed, live at a place approved by the probation officer, work full time, and participate in an outpatient substance-abuse program, and two conditions that required him to pay restitution. Dkt. 2 at 1–2.

In support of those allegations, the petition asserted that Muyej was instructed to begin making restitution payments on January 31, 2025, and failed to make such payments during the months of February, April–June, August, October, and November–December 2025. Dkt. 2 at 1. It also asserted that Muyej failed to report to his probation officer each month from September 2025–January 2026, did not live at the address approved by his probation officer for at least two months, has not provided verification of employment, and was unsuccessfully discharged from a substance-abuse treatment program. *Id.* at 2.

A final revocation hearing was held before me on July 6, 2026. Muyej pleaded true to the allegations in the petition. Minute Entry for July 6, 2026. He also consented to revocation of his supervised release and waived his right to object to my proposed findings and recommendations. *Id.*; Dkt. 12. The government requested a sentence of six months of imprisonment followed by 15 months of supervised release, which is within the federal sentencing policy statements; the defendant agreed. After hearing argument from counsel, the court announced what its recommendation would be.

## RECOMMENDATION

In accordance with the Sentencing Reform Act of 1984, and having considered both parties' arguments, the court recommends that Muyej's supervised release be revoked based on the allegations in the petition for revocation of his supervised release, Dkt. 2, and Muyej be committed to the custody of the Bureau of Prisons to be imprisoned for a term of six months, to run consecutively to any other term of imprisonment, with 15 months of supervised release to follow, all prior conditions imposed.

So ORDERED and SIGNED this 27th day of July, 2026.

Don Bush
United States Magistrate Judge