THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIM. NO. 4:25-CR-00147-SDJ-AGD |
| | § | |
| PATRICK KASONG MUYEJ (1) | § | |

**MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 24, 2026, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #13) that Defendant's sentence be six months of imprisonment followed by fifteen months of supervised release.

Having received the Report of the United States Magistrate Judge (Dkt. #13) and having received Defendant's waiver of his right to object to the proposed findings and recommendations of the Magistrate Judge (Dkt. #12), the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court. Accordingly, Defendant is hereby sentenced to six months of imprisonment, to run consecutively to any other term of imprisonment, followed by fifteen months of supervised release, with all prior conditions imposed.

**So ORDERED and SIGNED this 13th day of August, 2026.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE